UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN J. SEIME, | No. C-12-04420 DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOE HALEY, et al., | |
| Defendants. | |
| _____/ | |

The court is in receipt of Plaintiff Karen J. Seime's request to continue the Initial Case Management Conference. Plaintiff's request is granted. The Initial Case Management Conference previously scheduled for November 21, 2012 has been CONTINUED to **January 16, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 9, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: October 19, 2012



_____
DONNA M. RYU
United States Magistrate Judge