**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN J. SEIME,

    Plaintiff,

v.

JOE HALEY, PILLAR PANAMA, S.A., aka OCEANS INTERNATIONAL GROUP, Panamanian corporation, SCOTT HARRIS, and CHRISTOPHER HAHN,

    Defendants.
                                /

No. C 12-04420 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

An initial case management conference is **SET** for **APRIL 14, 2013, AT 11:00 A.M.** in Courtroom No. 8 at the United States Courthouse, 450 Golden Gate Avenue, San Francisco. Please file a joint case management statement by March 11.

**IT IS SO ORDERED.**

Dated: March 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE