IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN J. SEIME,<br><br>    Plaintiff,<br><br>  v.<br><br>JOE HALEY, PILLAR PANAMA, S.A., aka OCEANS INTERNATIONAL GROUP, Panamanian corporation, SCOTT HARRIS, and CHRISTOPHER HAHN,<br><br>    Defendants.<br>                                             / | No. C 12-04420 WHA<br><br>**ORDER SETTING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation of the parties, the hearing date on defendants' motion to dismiss was stayed to allow the parties to mediate the dispute. The stipulation was granted in part due to the fact that plaintiff Karen Seime, initially proceeding pro se, had retained new counsel. The parties further agreed that the motion to dismiss "shall be deemed to apply to the First Amended Complaint and shall be heard on the basis of the submissions that have already been filed with the Court in support of and opposition to the pending Dismissal Motion (with no further submissions to be filed)." The order granting the continuance stated that "by March 1, 2013, the parties shall file a joint statement notifying the Court as to whether or not the case has settled and proposing a date at least 30 days out for the motion hearing" (Dkt. No. 47).

The parties have now filed a joint report regarding the status of mediation stating that mediation is not even scheduled until April 22 and requesting a further continuance to May 13

for a further status update (Dkt. No. 51).  In order to move this action along, and given that defendants' motion has been pending for several months, the following schedule is hereby set:

A hearing on defendants' motion to dismiss is hereby set for **APRIL 11, 2013.**  The parties are on notice that, because the motion is fully briefed, the Court may issue an order at any time prior to the hearing date.

The case management conference previously set for March 14 is hereby set for **APRIL 11, 2013**.  The parties must file a joint case management statement by **APRIL 8**.

**IT IS SO ORDERED.**

Dated:  March 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE