IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN J. SEIME,

    Plaintiff,

v.

JOE HALEY, PILLAR PANAMA, S.A., aka OCEANS INTERNATIONAL GROUP, Panamanian corporations, PILLAR PANAMA U.S., LLC, STEVE BOLTON, SCOTT HARRIS, DANIEL CRANNY, CHRISTOPHER HAHN, DARRELL ANDERSON, LEGACY ADVISORS, and DOES 1 through 50, inclusive,

    Defendants.
    /

No. C 12-04420 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The Court **SETS** a case management conference for **APRIL 18, 2013, AT 11:00 A.M.** If a dismissal is filed before that date, the cmc will be taken off calendar.

    Please note that it is this Court's policy that until a dismissal is filed, all deadlines are in place.

    **IT IS SO ORDERED.**

Dated: April 10, 2013.

                                                   WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE